## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0757-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ASUS COMPUTER INTERNATIONAL | § | |
| | § | |
| Defendant. | § | |
| | § | |
| SOMALTUS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0761-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| SONY CORPORATION OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Sony Corporation of America. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs. It is further ORDERED that the court will retain jurisdiction to enforce the payment provision of the Settlement Agreement between the parties.

**SIGNED this 30th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE